Case Name: MINJARES, SHERYL A.
Case No:    07-71415

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: April 24, 2008          WILLIAM T. NEARY
                               United States Trustee, Region 11


                         BY:    *Carole J. Ryczek*
                                CAROLE J. RYCZEK
                                Attorney for the U.S. Trustee