IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
MINJARES, SHERYL A

CASE NO. 07-71415 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-6405

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 115
         Rockford, IL 61101

   on:   June 4, 2008
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,521.29 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,171.40 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                  $     7,712.91

   b. Disbursements                             $     1,009.00

   c. Net Cash Available for Distribution       $     6,703.91

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $250.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,761.22, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $69,024.16, resulting in an approximate distribution of 4.00% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

                                                Respectfully submitted,

DATE:   April 14, 2008                     /s/Stephen G. Balsley
                                                STEPHEN G. BALSLEY
                                                6833 STALTER DRIVE
                                                ROCKFORD, IL 61108
                                                815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

415   Doc 49   Filed 04/25/08   Entered 04/27/08 23:37:08   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman              Page 1 of 2              Date Rcvd: Apr 25, 2008
Case: 07-71415                 Form ID: pdf002             Total Served: 45


The following entities were served by first class mail on Apr 27, 2008.
db           +Sheryl A Minjares,    5802 Stonebridge Trail,    Mchenry, IL 60050-5939
aty          +Erick Bohlman,    Bohlman Law Offices, PC,    111 South Virginia Street,
               Crystal Lake, IL 60014-5853
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11481009     +AT&T,    Law Dept,   225 W Randolf Ste 25A,    Chicago, Il 60606-1838
11635601      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11446247     +American Medical Security,    3100 AMS Blvd,    PO Box 19032,    Green Bay, WI 54307-9032
11418057      Amex,    P.o. Box 981537o B,    El Paso, TX 79998
11418058     +Baker, Miller, Markoff & Krasny,    29 North Wacker Drive,    5th Floor,    Chicago, IL 60606-2854
11743785     +Beneficial,    P O Box 10640,    Virginia Beach, VA 23450-0640
11418059     +Beneficial/household Finance,    Pob 1547,    Chesapeake, VA 23327-1547
11418060     +Certified Services Inc,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
11418061     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11446248     +Chase Bank USA NA,    131 Dearborn St Flr 5,    Chicago, Il 60603-5517
11589821      Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
11418062     +Chase Manhattan Mortgage,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
11446249     +CitiBank CBSD NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
11418063     +Citifinancial Retail S,    Po Box 22066,    Tempe, AZ 85285-2066
11481010     +Comcast,    1500 Market Street,    Phildelphia, PA 19102-2196
11620839     +Culligan,    PO Box 5277,    Carol Stream, Il 60197-5277
11446250     +First Equity Card Corporation,    PO Box 84075,    Columbus, GA 31908-4075
11620840     +First Funds,    240 W 35th Street    16th Flr,    New York, NY 10001-2506
11418064     +Friedman & Wexler,    500 W. Madison Street,    Suite 2910,    Chicago, IL 60661-2587
11418065     +Gemb/jc Penney Dc,    Po Box 981400,    El Paso, TX 79998-1400
11418066     +Hfc - Usa,    Pob 1547,    Chesapeake, VA 23327-1547
11715758      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
11446254     +Jeffrey W Rudge,    2903 Kamia Ave,    McHenry, Il 60050-2817
11418067     +Leyden Credit Union,    9617 W Grand,    Franklin Park, IL 60131-3308
11620841     +Marengo Disposal,    1050 Greenlee St,    Marengo, Il 60152-8247
11620842     +National Pen Co,    342 Shelbyville Mills Rd,    Shelbyville, TN 37161-0002
11418068     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11620843     +North American Bancard,    969 Chicago Road,    Troy, MI 48083-4227
11620844     +Northwest Newsgroup,    PO 250,    Crystal Lake, Il 60039-0250
11446251     +One Spirit,    PO Box 6404,    Camp Hill, PA 17012-6404
11446252     +QVC,    1200 Wilson Drive,    West Chester, PA 19380-4262
11481011     +Robert Zielinski Jr,    1710 N Brown Street,    McHenry, Il 60050-3896
11446253     +Sprint/Nextel,    PO Box 4191,    Carol Stream, Il 60197-4191
11620845      Stonehouse Publications,    1915 Clements Road Unit 7,    Pickering, Ontario, Canada
11620846     +The Home Depot,    2455 Paces Ferry Road,    Atlanta, GA 30339-1834
11418070     +Wfcb/blair Catalog,    Po Box 2974,    Shawnee Mission, KS 66201-1374
11620847     +Yellow Book USA,    2560 Renaissance Blvd,    King of Prussia, PA 19406-2673
11740123     +Yellow Book USA,    % RMS Bankruptcy Recovery Serv,    PO Box 5126,    Timonium, MD 21094-5126
11593173      eCast Settlement Corporation,    PO Box 35480,    Newark, NJ 7193

The following entities were served by electronic transmission on Apr 26, 2008.
11418060     +E-mail/PDF: CSINC@TDS.NET Apr 26 2008 03:32:54     Certified Services Inc,
               1733 Washington St Ste 2,    Waukegan, IL 60085-5192
11740663     +E-mail/Text: bankrup@nicor.com                           Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
11557033     +E-mail/PDF: bnc@nordstrom.com Apr 26 2008 03:51:15     Nordstrom FSB,    PO Box 6566,
               Englewood, CO 80155-6566
11418069     +E-mail/PDF: bnc@nordstrom.com Apr 26 2008 03:51:15     Nordstrom Fsb,    Po Box 6555,
               Englewood, CO 80155-6555
11620846     +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2008 03:33:57     The Home Depot,
               2455 Paces Ferry Road,    Atlanta, GA 30339-1834
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman          Page 2 of 2             Date Rcvd: Apr 25, 2008
Case: 07-71415                Form ID: pdf002         Total Served: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008**                **Signature:**    *Joseph Speetjens*